# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Nicole McClemens        BK NO. 20-01898 RNO

                Debtor(s)

                                           Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

                                                    Respectfully submitted,

                                                    **/s/ James C. Warmbrodt, Esquire**
                                                    James C. Warmbrodt, Esquire
                                                    KML Law Group, P.C.
                                                    BNY Mellon Independence Center
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA  19106
                                                    215-627-1322