Certificate Number: 17572-PAM-DE-034737695

Bankruptcy Case Number: 20-01898



17572-PAM-DE-034737695

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>August 4, 2020</u>, at <u>9:33</u> o'clock <u>AM PDT</u>, <u>Nicole McClemens</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

| | | | |
|---|---|---|---|
| Date: | August 4, 2020 | By: | /s/Kelly Faulks |
| | | Name: | Kelly Faulks |
| | | Title: | Counselor |