In re:  
Nicole McClemens  
    Debtor(s)

Case No. 20-01898-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: admin     Page 1 of 3  
Date Rcvd: Oct 12, 2020     Form ID: 318     Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nicole McClemens, 1801 Clearview St, Scranton, PA 18508-1709 |
| 5337688 | | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 5337689 | | FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 5337690 | + | Geisinger Wyoming Valley, 1000 E Mountain Dr, Wilkes Barre, PA 18711-0001 |
| 5337672 | | Law Office of Anne Marie Howells, 307 W Market St # 1, Scranton, PA 18508-2711 |
| 5337671 | | McClemens Nicole, 1801 Clearview St, Scranton, PA 18508-1709 |
| 5337696 | | Sallie Mae Bank Inc, PO Box 3229, Wilmington, DE 19804-0229 |
| 5337676 | | captial one bank na, PO Box 98873, Las Vegas, NV 89193-8873 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 12 2020 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5337681 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 12 2020 18:39:00 | Citizens Bank NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 5337680 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 12 2020 18:39:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Dr, Riverside, RI 02915-3026 |
| 5337673 | + | Email/Text: cms-bk@cms-collect.com | Oct 12 2020 18:39:00 | Capital Management Services, 726 Exchange St. Ste 700, Buffalo, NY 14210-1464 |
| 5337674 | | EDI: CAPITALONE.COM | Oct 12 2020 22:43:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5337675 | | EDI: CAPITALONE.COM | Oct 12 2020 22:43:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5337678 | | EDI: CITICORP.COM | Oct 12 2020 22:43:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5337679 | | EDI: CITICORP.COM | Oct 12 2020 22:43:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5337682 | | EDI: WFNNB.COM | Oct 12 2020 22:43:00 | Comenity Capital/Davids Bridal, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5337683 | | EDI: WFNNB.COM | Oct 12 2020 22:43:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5337684 | | EDI: WFNNB.COM | Oct 12 2020 22:43:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 5337685 | | EDI: WFNNB.COM | Oct 12 2020 22:43:00 | Comenitycb/davidsbride, PO Box 182120, Columbus, OH 43218-2120 |
| 5337687 | | EDI: DISCOVER.COM | Oct 12 2020 22:43:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850-5316 |
| 5337686 | | EDI: DISCOVER.COM | | |

| | | | |
| --- | --- | --- | --- |
| | | Oct 12 2020 22:43:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5337691 | EDI: JPMORGANCHASE | Oct 12 2020 22:43:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5337695 | EDI: JPMORGANCHASE | Oct 12 2020 22:43:00 | Prime, PO Box 15123, Wilmington, DE 19850-5123 |
| 5337677 | EDI: JPMORGANCHASE | Oct 12 2020 22:43:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 5337693 | Email/Text: mmrgbk@miramedrg.com | Oct 12 2020 18:39:00 | Miramedrg, 360 E 22nd St, Lombard, IL 60148-4924 |
| 5337694 | EDI: NAVIENTFKASMSERV.COM | Oct 12 2020 22:43:00 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 5337698 | EDI: RMSC.COM | Oct 12 2020 22:48:00 | Syncb/Amer Eagle DC, PO Box 965005, Orlando, FL 32896-5005 |
| 5337697 | EDI: RMSC.COM | Oct 12 2020 22:48:00 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5337699 | EDI: RMSC.COM | Oct 12 2020 22:48:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 5337933 + | EDI: RMSC.COM | Oct 12 2020 22:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5337700 | EDI: RMSC.COM | Oct 12 2020 22:48:00 | Synchrony Bank/ Jc Penneys, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32801-5060 |
| 5337701 | EDI: RMSC.COM | Oct 12 2020 22:48:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5337702 | EDI: RMSC.COM | Oct 12 2020 22:48:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5337703 | EDI: TFSR.COM | Oct 12 2020 22:43:00 | Toyota Financial Services, Atty: Bankruptcy Dept, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 5337704 | EDI: TFSR.COM | Oct 12 2020 22:43:00 | Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054-4518 |
| 5337692 | Email/Text: mmrgbk@miramedrg.com | Oct 12 2020 18:39:00 | miramed Revenue Group, 360 E 22nd St, Lombard, IL 60148-4924 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Oct 15, 2020 | Signature: | /s/Joseph Speetjens |
| --- | --- | --- |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anne Marie Howells | on behalf of Debtor 1 Nicole McClemens Client@howellslaw.com G20521@notify.cincompass.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| John J Martin (Trustee) | pa36@ecfcbis.com trusteemartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | Nicole McClemens | Social Security number or ITIN xxx–xx–8783 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–01898–RNO | |

# Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nicole McClemens

**By the court:** *Robt N. Opel II*

10/12/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**